# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-8002**                    **September Term, 2012**

**1:00-cv-00953-RWR-DAR**

**Filed On:** June 21, 2013

In re: Janet Ann Napolitano, Secretary of the
U.S. Department of Homeland Security,

       Petitioner

**BEFORE**:    Tatel, Brown, and Griffith, Circuit Judges

### O R D E R

Upon consideration of the petition for leave to appeal pursuant to Fed. R. Civ. P. 23(f), the response thereto, and the reply; and the Rule 28(j) letter and the response thereto, it is

**ORDERED**, on the court's own motion, that the petition be referred to a merits panel. The parties are directed to address in their briefs the issues presented in the petition rather than incorporate those arguments by reference. In addition to addressing whether the petition should be granted, the parties are also directed to address in their briefs whether the district court properly granted plaintiffs' motion for class certification under Fed. R. Civ. P. 23.

The Clerk is directed to transmit a certified copy of this order to the district court.

**Per Curiam**